**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ARTHUR RICHARDSON, | ) | 3:17-cv-00383-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 7, 2018 |
| RENO POLICE DEPARTMENT, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time Concerning the Case Management Conference Date (ECF No. 36).

Good cause appearing, Plaintiff's Motion for Extension of Time Concerning the Case Management Conference Date (ECF No. 36) is **GRANTED**. The Case Management Conference set on **Monday, September 10, 2018, at 1:30 p.m**. is **VACATED**. The Courtroom Administrator shall reschedule the Case Management Conference as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
          Deputy Clerk