# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR D. RICHARDSON, | Case No.: 3:17-cv-00383-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| RENO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Due to the recent outbreak of the coronavirus disease 2019 (COVID-19) and pursuant to the Temporary General Order 2020-04, the Settlement Conference scheduled on **Tuesday, April 14, 2020, at 9:00 a.m.** is **VACATED** and will reset as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

Dated: March 19, 2020.

_____
Robert A. McQuaid, Jr.
United States Magistrate Judge