KARL HALL
Reno City Attorney
BRIAN SOOUDI
Nevada Bar #9195
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTHUR D. RICHARDSON,

    Plaintiff,

vs.

RENO POLICE DEPARTMENT, et al.

    Defendants.

Case No.: 3:17-CV-00383-MMD-WGC

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff Arthur Richardson, representing himself, and Defendants Aaron Flickinger, Christopher Good, and Wes Leedy by and through their respective undersigned counsel, stipulate to the dismissal of all claims in this action, with prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 31st day of July, 2020.

By: _____
ARTHUR D. RICHARDSON
7821 Morro Ave.
Sparks, NV 89436
*Plaintiff Pro Se*

DATED this 31 day of July, 2020.

KARL S. HALL
Reno City Attorney

By: _____
BRIAN M. SOOUDI, ESQ.
Nevada State Bar #9195
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for City of Reno*

_____
U.S. District Judge

IT IS SO ORDERED.
Date: August 7, 2020

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

\_\_X\_\_  CM/ECF electronic service

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Arthur D. Richardson
7821 Morro Ave.
Sparks, NV 89436

DATED this 7th day of ~~July,~~ August 2020.

/s/ Terri Strickland
Terri Strickland
Legal Assistant